1 | McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2 | Jonathan W. Carlson
Nevada Bar No. 10536
3 |   *jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
4 | Nevada Bar No. 12752
  *cheryl.grames@mccormickbarstow.com*
5 | 7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
6 | Telephone:     (702) 949-1100
Facsimile:     (702) 949-1101
7 |
Attorneys for Defendant
8 | CSAA General Insurance Company

9 | UNITED STATES DISTRICT COURT

10 | DISTRICT OF NEVADA

11 |

12 | RAN ZOOKIN, an individual,            Case No. 2:24-cv-00914-GMN-MDC

13 |          Plaintiff,                  **STIPULATION AND ORDER
                                          REGARDING DISMISSAL WITH
14 |      v.                              PREJUDICE**

15 | CSAA GENERAL INSURANCE
COMPANY, a foreign corporation; DOE
16 | EMPLOYEES I-V; ROE CORPORATIONS I-
V,
17 |
          Defendants.
18 |

19 | / / /

20 | / / /

21 | / / /

22 | / / /

23 | / / /

24 | / / /

25 | / / /

26 | / / /

27 | / / /

28 | / / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7160 RAFAEL RIVERA WAY, SUITE 320
LAS VEGAS, NV 89113

Case No. 2:24-cv-00914-GMN-MDC
STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE

1

Re: <u>Zookin v. CSAA, et al.</u>
Case No. 2:24-cv-00914-GMN-MDC

2

3      IT IS HEREBY STIPULATED by Plaintiff RAN ZOOKIIN, by and through his counsel of

4   record, and Defendant CSAA GENERAL INSURANCE COMPANY, by and through their counsel

5   of record that the above-entitled matter be dismissed with prejudice against Defendant CSAA

6   GENERAL INSURANCE COMPANY, the parties to bear their own costs and attorneys' fees.

7   IT IS SO STIPULATED.

8          December 1, 2025

9                                 VAN LAW FIRM

10                          By          /s/Justin Schmidt
11                                 Justin Schmidt, ESQ., Nevada Bar No. 10982
                                   1290 S. Jones Boulevard
12                                 Las Vegas, Nevada 89146
                                   Tel. (702) 900-9000
13                                 Attorneys for PLAINTIFF

14         December 1, 2025

15                                 McCORMICK, BARSTOW, SHEPPARD,
                                   WAYTE & CARRUTH LLP
16
                            By          /s/Jonathan W. Carlson
17                                 Jonathan W. Carlson, Nevada Bar No. 10536
                                   Cheryl A. Grames, Nevada Bar No. 12752
18                                 7160 Rafael Rivera Way, Suite 320
                                   Las Vegas, Nevada 89113
19                                 Tel. (702) 949-1100
                                   Attorneys for Defendant
20                                 CSAA General Insurance Company

21

22      **IT IS SO ORDERED. The Clerk of Court is kindly directed to close the case.**

23      DATED this __1__ day of ___December___, 2025

24

25

26                                 Gloria M. Navarro
                                   UNITED STATES DISTRICT COURT JUDGE
27   12160320.1

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, NV 89113

2                    Case No. 2:24-cv-00914-GMN-MDC
STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE